IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:14-CV-307-MOC-DCK

| | |
|---|---|
| BARBARA HARRIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) **ORDER** |
| | ) |
| SOUTH CHARLOTTE PRE-OWNED | ) |
| AUTO WAREHOUSE, LLC, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 33) filed by Holly E. Dowd, concerning Jose F. Gill on February 1, 2016. Mr. Jose F. Gill seeks to appear as counsel *pro hac vice* for Plaintiff, Barbara Harris. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 33) is **GRANTED.** Mr. Jose F. Gill is hereby admitted *pro hac vice* to represent Plaintiff, Barbara Harris.

**SO ORDERED**.

Signed: February 1, 2016

David C. Keesler
United States Magistrate Judge